Patrick J.S. Nellies (SBN 171254)
Marc G. Kroop (SBN 168600)
**ADVANTAGE LAW GROUP, APC**
5820 Oberlin Drive, Suite 110
San Diego, California 92121
TEL:   (858) 793-8565
FAX:   (858) 793-8569

Patrick N. Keegan, Esq. (SBN 167698)
Lisa M. Magorien, Esq. (SBN 259877)
**KEEGAN & BAKER, LLP**
6870 Embarcadero Lane
Carlsbad, California 92011
TEL:   (760) 929-9303
FAX:   (760) 929-9260

Attorneys for Lead Plaintiff Frank Stannard and the Certified Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK STANNARD, on behalf of himself and all others similarly situated,<br><br>                        Plaintiffs,<br><br>        vs.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY, a California corporation; and DOES 1 through 100, inclusive,<br><br>                        Defendants. | Case No. 07-CV-589 W (NLS)<br><br>**LEAD PLAINTIFF'S AND THE CLASS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AN AWARD OF ATTORNEYS' FEES AND COSTS TO CLASS COUNSEL; AND AN INCENTIVE AWARD TO THE CLASS REPRESENTATIVE**<br><br>Date:   October 28, 2010<br>Time:   10:00 a.m.<br>Place:  Courtroom 7<br>Hon. Thomas J. Whelan<br><br>**[PUBLIC REDACTED VERSION]** |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 28, 2010, in Courtroom 7 of the above entitled Court, located at 940 Front Street, San Diego, CA 92101, Lead Plaintiff Frank Stannard (hereinafter referred to as "Lead Plaintiff") and the class defined as "all current and former employees of defendant Southern California Edison Company who worked at the San Onofre Nuclear Generating Station (SONGS) and were employed as a Technical Specialist 3 (TSP-3)" (hereinafter referred to as the "Class") who, by and through their attorneys, will move this Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and 29 U.S.C. § 216(b), for an Order and entry of Judgment (1) approving the Settlement on behalf of the Class

1   against Defendant Southern California Edison Company ("Defendant") in the amount of ███████

2   ███████████████ (█████████), (2) awarding attorneys' fees to Lead Counsel of one

3   third of the Settlement or ██████████████████████████

4   ██████ (█████████) <u>and</u> costs, including claims administration fees and costs, in the amount of

5   ████████████████████████████ (█████████), and (3)

6   awarding a Class Representative Incentive Fee award of ███████████ (███████) to the Lead

7   Plaintiff.

8        This motion is brought pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, 29 U.S.C. §

9   216(b) and the Court's inherent power to supervise class action litigation and the settlement of class action

10   cases, on the grounds that pursuant to the terms of the settlement Plaintiff reached with Defendant which

11   is fair, just and reasonable compensation for the claims to the members of the class, the payment of

12   attorneys' fees and costs to Class Counsel, claims administration fees, and an incentive award to the Plaintiff

13   is fair, reasonable and justified.

14        This motion is based upon the files and records of this case, this notice of motion, the memorandum

15   of points and authorities filed in support hereof, the declarations of Patrick N. Keegan, Patrick J.S. Nellies,

16   and Ryanne Cozzi in support hereof, and such other documentary and testimonial evidence as shall be

17   submitted to this Court and may be presented at the hearing of this motion, if any.

18   Dated: October 12, 2010               KEEGAN & BAKER, LLP

19

20                            s/ Patrick N. Keegan

21                            Patrick N. Keegan, Esq.
                              Attorneys for Lead Plaintiff FRANK STANNARD

22                            and the Certified Class

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **LEAD PLAINTIFF'S AND THE CLASS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AN AWARD OF ATTORNEYS' FEES AND COSTS TO CLASS COUNSEL; AND AN INCENTIVE AWARD TO THE CLASS REPRESENTATIVE** was filed electronically on October 12, 2010, and will, therefore, be served electronically upon:

Apalla U. Chopra, Esq.
achopra@omm.com
Linda Kwak, Esq.
lkwak@omm.com
O'MELVENY & MYERS, LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407

Executed October 12, 2010, at Carlsbad, California.

s/ Patrick N. Keegan
Patrick N. Keegan
Attorney for Lead Plaintiff and the Class
e-mail: pkeegan@keeganbaker.com